**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TRAVIS FUNT and ADAM FUNT,** | : | **CIVIL ACTION NO. 1:26-CV-2341** |
| | : | |
| **Plaintiffs** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **WESTERN MARYLAND CONCRETE, INC., and JOSE REYES LOPEZ,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 16th day of September, 2026, upon consideration of the plaintiffs' motion for expedited deposition of one of the defendants in this matter, Jose Reyes Lopez, that his removal from the United States may be imminent, the apparent relevancy of his alleged first-hand knowledge of the events of this case, and noting that he is now represented by counsel in this matter, the court hereby ORDERS that:

1. Pursuant to FED. R. CIV. P. 30(a)(2)(A)(iii) and 30(a)(2)(B), Plaintiffs are given leave to depose Mr. Reyes Lopez before the Rule 26(f) conference, to conduct the deposition remotely or telephonically if necessary, and to record the deposition stenographically or audio-visually, as permitted by the facility holding Mr. Reyes Lopez.

2. Plaintiffs shall communicate with defense counsel throughout the scheduling of the deposition and provide notice of any scheduled deposition to defense counsel.

3. Defense counsel shall be afforded at least one opportunity to meet with Mr. Reyes Lopez in advance of any deposition.

4. Any disputes between the parties in arranging this deposition should be resolved according to the court's protocol for discovery disputes: by filing letters to the docket outlining the dispute and the parties' positions.

5. This deposition shall be counted toward the total number of depositions held by the plaintiff with regard. This deposition shall not prohibit a later deposition of this same witness after fact discovery has commenced, but such a deposition would count as a second deposition with regards to limits on depositions in this matter's ultimate case management plan.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania