**IN THE UNITED STATES COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TRAVIS FUNT, individually and as parent and natural guardian of M.F., a minor and ADAM FUNT | : CIVIL ACTION - LAW |
| | : JURY TRIAL DEMANDED |
| Plaintiffs | : |
| v. | : No: 1:26-cv-02341-KMN |
| WESTERN MARYLAND CONCRETE, INC., and JOSE REYES LOPEZ | : |
| Defendants | : |

**MOTION TO STAY PROCEEDINGS**

Defendants, Western Maryland Concrete, Inc., and Jose Reyes Lopez, through their attorneys, Marshall Dennehey, P.C., and with the agreement of counsel for Plaintiffs, hereby request a 30 day stay of proceedings and, in support thereof, state as follows:

1. Plaintiffs commenced this action by Complaint on August 13, 2026 in the United States District Court for the Middle District of Pennsylvania. (Doc 1).

2. On September 1, 2026, Plaintiffs filed a Motion for Leave to conduct the expedited deposition of Defendant Jose Reyes Lopez. (Doc 8).

3. Thereafter, on September 11, 2026, Defendants filed a Rule 12 Motion in response to Plaintiffs' Complaint and filed a Brief in Opposition to Plaintiffs' Motion.

4. The parties are currently in the process of resolving this matter, but require additional time to finalize the settlement, including opening an Estate and having a personal representative appointed.

5. In the interest of judicial economy and to avoid any unnecessary motions practice, the parties have agreed to and request a 30 day stay of proceedings while they finalize the details of the settlement.

6. Counsel for Plaintiffs concurs with the relief sought in the instant motion.

WHEREFORE, for all the reasons cited herein, Defendants, with the consent of counsel for Plaintiffs, respectfully requests this Honorable Court grant the instant motion by entering the attached Order.

Respectfully submitted:

Sarah E. Argo, Esquire
Marshall Dennehey, P.C.
Attorney I.D. No: PA 306740
P.O. Box 3118
Scranton, PA 18505
570-496-4654
seargo@mdwcg.com